IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASHLEY CONOVER,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:25-cv-00089-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is the Report and Recommendation[1] issued in the above captioned case by Chief Magistrate Judge Cecilia M. Romero on August 14, 2026. The Report recommends the court deny Plaintiff's Motion for Review of Agency Action[2] and affirm the Commissioner's decision denying disability benefits for Plaintiff.[3]

In the Report, Judge Romero notified the parties of their right to file any objections to the Report within 14 days of being served with a copy of it.[4] She cautioned that "failure to object may constitute waiver of objections upon subsequent review."[5]

---

[1] Dkt. 16, *Report and Recommendation Affirming the Decision of the Commissioner* (*Report*).

[2] Dkt. 10, *Plaintiff's Motion for Review of Agency Action* (*Motion*).

[3] *Id.* at 12.

[4] *Id.* at 12. *See also* 28 U.S.C. § 636(b)(1) (stating a party may file written objections to a magistrate judge's proposed findings and recommendations within 14 days of being served with a copy of the same); Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objection to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy.").

[5] *Report* at 12.

More than 14 days have now elapsed, and no party has filed an objection to the Report.[6] When no objections are filed, the Supreme Court has suggested no further review by the district court is required, but nor is it precluded.[7] This court reviews for clear error any report and recommendation to which no objections have been raised.[8]

Having carefully considered the Report, the court determines Judge Romero's analysis and conclusions are sound. The court finds no clear error and the Report and Recommendation is adopted in full.

**ORDER**

It is hereby ORDERED that Plaintiff's Motion[9] is DENIED and the Report and Recommendation[10] is ADOPTED in full. The Clerk of Court is directed to close the case.

SO ORDERED this 15th day of September 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

[6] *See Docket.*

[7] *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("The [Federal Magistrate's Act] does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection.").

[8] *See, e.g.*, *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made [to a magistrate judge's report and recommendation], the district court judge reviews those unobjected portions for clear error.") (citation omitted); *see also* Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

[9] Dkt. 10.

[10] Dkt. 16.